# United States Pretrial Services
# District of Oregon

Cynthia G. Swearingen
　Chief Pretrial Services Officer
Brian Crist
　Supervising Pretrial Services Officer
Sue Murray
Michael McFarland
Ron Wodehouse+
Christina Song
Nichole Houchins+
Adrian Oliveros
Lauren Davenport

Michelle Martins
Kirstin Keske
Nick Stranieri*
Mercedes Kolbe
Robert Hurtado
Lisa Brown*
Teresa Rardin
Brian Messner
Kathleen Bustamante
Elena Kuzmenko
Leah Newton

1000 SW Third Ave., Suite 440
Portland, OR 97204
503.326.8500 / Fax 503.326.8590

*Eugene Office
211 East 7th, Room 239
Eugene, OR 97401
541.465.6926
Fax 541.465.6929

+Medford Office
310 West 6th, Room 106
Medford, OR 97501
541.608.8766
Fax 541.608.8769

March 29, 2006

**FILED**

APR 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Houck, Jr.
Chief U.S. Probation Officer
1413 E Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2886

RE:  Ryan Nicholas Eaton
Your Case No. CR 05-Cr-00454 RWR
RULE 5 TRANSFER

Dear Richard Houck, Jr.:

The above-named defendant appeared before the Court at Medford, Oregon on March 23, 2006 based upon a warrant from your District.

The defendant was afforded an identity and detention hearing on March 23, 2006 by U.S. Magistrate Judge John P. Cooney. The defendant was released and directed to report to your office no later than 9:00 AM on April 17, 2006.

Enclosed are copies of the charging document, bail report, PSA 2 and criminal history checks.

Should the defendant be returning to the District of Oregon and you require courtesy supervision, please advise this office at your earliest convenience.

Sincerely,

Nichole Houchins +
Senior U.S. Pretrial Services Officer

RECEIVED 2006 APR -4 A 11:56
U.S. PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

FILED'06 MAR 23 15:31 USDC-ORM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA  
v.  

ORDER SETTING CONDITIONS  
OF RELEASE  

Ryan Nicholas Eaton

Case Number: CR 06-4008M

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

Report as directed by the U.S. Pretrial Services office.

Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.

Refrain from any use, consumption or possession of any controlled substance in any form, under any circumstances, unless lawfully prescribed in writing by a licensed medical provider. A copy of the original written prescription must be shown to the U.S. Pretrial Services Officer within 10 days after defendant receives the written prescription. Defendant must also provide the U.S. Pretrial Services Officer with a list of all medication, including over-the-counter and supplements, being taken that might produce a positive result on a urinalysis test. To ensure compliance with the restriction on controlled substance use, the defendant shall submit to body substance tests, including breath, blood and urinalysis as may be requested by the U.S. Pretrial Services Officer. Should results indicate the use of controlled substances, the defendant shall undergo drug counseling as directed by Pretrial Services.

The defendant is to pay a percentage of all fees for services obtained while under Pretrial Services Supervision.

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3)     any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4)     a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
City, State & Zip                    Telephone

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐     Alcohol detection
☐     Drug detection
☐     Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☐     The defendant is ORDERED released after processing.
☐     The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: 3/23/06

_____
Signature of Judicial Officer

John P. Cooney,
U.S. District/Magistrate Judge
_____
Name and Title of Judicial Officer

cc:     Defendant
        US Attorney
        US Marshal
        Pretrial Services

AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

RYAN EATON

WARRANT FOR ARREST

CASE NUMBER: 1:05-cr-00454(RWR)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RYAN EATON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Conspiracy to manufacture and distribute 10 Grams or more of lysergic acid diethylamide (LSD), a Schedule I controlled substance, for the purpose of unlawful importation into the United States.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

in violation of Title _21_ United States Code, Section _963_; in conjunction with Title _21_ United States Code, Sections _959(a)(1) and 960_, and Title _18_ United States Code, Section _2_.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_signature_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 1 2006   D.C.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-00454 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| DONALD DEAN SHACKELFORD | ) | 21 U.S.C. § 963 i/c/w |
| a/k/a "Scott Neaveill," | ) | 21 U.S.C. §§ 959 and 960 |
| | ) | (Conspiracy to Manufacture and |
| JEFFREY VIOLA | ) | Distribute Ten Grams or More of |
| a/k/a "Jeffrey Hutchenson," | ) | Lysergic Acid Diethylamide (LSD) |
| | ) | Intending and Knowing that the |
| and | ) | LSD Would Be Unlawfully |
| | ) | Imported into the United States) |
| RYAN EATON, | ) | 18 U.S.C. § 2 |
| | ) | (Aiding and Abetting) |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Beginning on or about March 2004 and continuing until on or about August 29, 2005 in

Sint Maarten, Netherlands Antilles, and elsewhere, the defendants

DONALD DEAN SHACKELFORD
a/k/a "Scott Neaveill,"

JEFFREY VIOLA
a/k/a "Jeffrey Hutchenson," and

RYAN EATON

did, knowingly, intentionally, combine, conspire, confederate, and agree with each other and with

others known and unknown to the Grand Jury, including co-conspirators not indicted herein, to

commit the following offenses against the United States: to manufacture and distribute ten (10) grams or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide, also known as "LSD", a Schedule I controlled substance, intending and knowing that it would be unlawfully imported into the United States from Sint Maarten, Netherlands Antilles, and from elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   s/John M. Gillies
      John M. Gillies
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice
      1400 New York Avenue, N.W.
      Suite 8000
      Washington, DC 20005
      202-307-2354