AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

**FILED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.
v.
Ryan Eaton et. al

APPEARANCE

CASE NUMBER: 05-454

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ryan Eaton.

Date: 4/28/06

BAR IDENTIFICATION NO.: 175224

Signature: [signed] Frederick D. Jones

Print Name: Frederick D. Jones

Address: 12801 Short Hills Dr.

City: Clarksburg  State: MD  Zip Code: 20871

Phone Number: (301) 916-4399