UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 5-454-3 (RWR) |
| ) | |
| ) | |
| RYAN EATON ) | |

**SUBSTITUTE APPEARANCE**

The Clerk of the United States District Court for the District of Columbia will kindly note that Joseph Beshouri, Esquire, a member in good standing with the District of Columbia Bar, hereby enters his appearance as **appointed counsel** on behalf of the defendant, Ryan Eaton, **in substitution for Fred Jones, Esquire**, whose appearance should be struck due to medically related circumstances.

Respectfully submitted,

JOSEPH BESHOURI
Counsel for Ryan Eaton
419 - 7th Street, N.W.
Suite 201
Washington, D.C. 20004
(202) 842-0420